No. 467. HELVERING, COMMISSIONER OF INTERNAL REVENUE, v. GRIFFITHS. November 23, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Fahy* for petitioner. *Messrs. Will R. Gregg* and *Allin H. Pierce* for respondent.

Nos. 446 and 447. WILLIAMS ET AL. v. DELAWARE & HUDSON RAILROAD CORP. ET AL. See *ante,* p. 600.

No. 488. HELVERING, COMMISSIONER OF INTERNAL REVENUE, v. CHICAGO STOCK YARDS Co. December 7, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Solicitor General Fahy* for petitioner. *Mr. George Wharton Pepper* for respondent.

No. 490. CLEARFIELD TRUST Co. ET AL. v. UNITED STATES. December 7, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Mr. Roswell D. Pine, Jr.* for petitioners. *Solicitor General Fahy* for the United States.

No. 497. ANDERSON, RECEIVER, v. ABBOTT, ADMINISTRATRIX, ET AL. December 7, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Messrs. Robert S. Marx, Frank E. Wood, Edward M. Brown,* and *Harry Kasfir* for petitioner. *Messrs. William W. Crawford, Richard P. Dietzman, Allen P. Dodd, James W. Stites, Henry E. McElwain, Edward P. Humphrey,* and *Lafon Allen* for respondents. *Mr. John F. Anderson* filed a brief on behalf of Preston Delano,